UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAMES F. HAUPT,

        Plaintiff,                               Case No. 1:21-cv-10390

v.                                               Honorable Thomas L. Ludington
                                                    United States District Judge

JANET L. YELLEN,
Secretary of the Treasury,                 Honorable Patricia T. Morris
                                                    United States Magistrate Judge

        Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

On February 22, 2021, James F. Haupt brought four discrimination claims against the Secretary of the Treasury under the Rehabilitation Act of 1973, 29 U.S.C. § 701 *et seq*. ECF No. 1. After the case was referred to Magistrate Judge Patricia T. Morris, ECF No. 4, Defendant filed a motion for summary judgment, ECF No. 17, which was fully briefed, ECF Nos. 19; 20.

On August 29, 2022, Judge Morris issued an R&R recommending that this Court grant Defendant's Motion and dismiss the Complaint. ECF No. 21. The R&R states that the parties may object to and seek review of the R&R within 14 days of service, neither party filed any objections. They have therefore waived their right to appeal Judge Morris's findings. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 21, is **ADOPTED**, Defendant's Motion for Summary Judgment, ECF No. 17, is **GRANTED**, and Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

Dated: July 5, 2022                               s/Thomas L. Ludington
                                                       THOMAS L. LUDINGTON
                                                       United States District Judge